No. 87–6021. Dean v. Georgia Department of Transportation et al. C. A. 11th Cir. Certiorari denied.

No. 87–6023. Wilson v. Department of the Air Force. C. A. Fed. Cir. Certiorari denied.

No. 87–6030. Williams v. Warden, Maryland House of Corrections, et al. C. A. 4th Cir. Certiorari denied.

No. 87–6032. Goodroe v. Mazurkiewicz, Superintendent, State Correctional Institution at Rockview, et al. C. A. 3d Cir. Certiorari denied.

No. 87–6033. Flowers v. United States. C. A. 11th Cir. Certiorari denied.

No. 87–6034. Fejeran v. United States. C. A. 10th Cir. Certiorari denied.

No. 87–6036. Lincoln v. Isaac et al. C. A. 8th Cir. Certiorari denied.

No. 87–6040. Ford v. Tennessee et al. C. A. 6th Cir. Certiorari denied.

No. 87–6041. Deville v. Louisiana. Sup. Ct. La. Certiorari denied.

No. 87–6042. Hernandez-Severa v. United States. C. A. 11th Cir. Certiorari denied.

No. 87–6043. Lee v. United States. C. A. 9th Cir. Certiorari denied.

No. 87–6045. Fazzini v. Bogan, Warden, et al. C. A. 8th Cir. Certiorari denied.

No. 87–6047. Kitley v. Morris, Superintendent, Southern Ohio Correctional Facility. C. A. 6th Cir. Certiorari denied.

No. 87–6048. Favors v. Foltz, Warden. C. A. 6th Cir. Certiorari denied.